# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARCIA GILKES, grandmother and legal guardian of Z.A., a minor,**<br><br>*Plaintiff*<br><br>v.<br><br>**SCHOOL BOARD OF PALM BEACH COUNTY, SCHOOL DISTRICT OF PALM BEACH COUNTY, LOXAHATCHEE GROVES ELEMENTARY SCHOOL, MICHAEL J. BURKE, Superintend. et. al.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 9:25-cv-80477-DMM<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on April 30, 2025, at 9:25 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to MICHAEL J. BURKE, in his official capacity as Superintendent of the School District of Palm Beach in Palm Beach County, FL on May 1, 2025 at 10:12 am at 3300 Forest Hill Boulevard, West Palm Beach, FL 33406 by workplace substituted service by leaving the documents at the usual workplace of MICHAEL J. BURKE, in his official capacity as Superintendent of the School District of Palm Beach with Leslie Alexander who is the Paralegal for MICHAEL J. BURKE, in his official capacity as Superintendent of the School District of Palm Beach.

Complaint
Cover Sheet
Summons

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.64947,-80.0937195
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

　　Broward County　　　　　　　　　　,

　　FL　　　on　　5/1/2025　　　　　.

*/s/ Marian Forster*

Signature
Marian Forster
SPS 1448, Broward
+1 (561) 809-3650
PO Box 810691, Boca Raton, FL 33481



Exhibit 1a)