# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

**MARCIA GILKES, as grandmother and legal guardian of Z.A., a Minor,**

*Plaintiff*

v.

**SCHOOL DISTRICT OF PALM BEACH COUNTY; SCHOOL BOARD OF PALM BEACH COUNTY; MICHAEL J. BURKE, in his official capacity as Superintendent of the School District of Palm Beach County and in his individual capacity; LOXAHATCHEE GROVES ELEMENTARY SCHOOL; and NANCY NORTON, in her individual capacity; and, ALAJAH TENSLEY, in her individual capacity,**

*Defendant*

Civil Action No. 9:25-CV-804 77

## AFFIDAVIT OF SERVICE

I, Jaermal Walls, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on May 12, 2025, at 10:08 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to NANCY NORTON in Palm Beach County, FL on May 24, 2025 at 8:47 pm at 186 Monterey Way, West Palm Beach, FL 33411 by personal service by handing the following documents to an individual identified as NANCY NORTON.

Complaint
Civil Cover Sheet
Summons

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a)

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America

White Female, est. age 65+, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=26.7350859,-80.2412454
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  
    Miami-Dade County,  
    FL on 5/27/2025.

/s/ *Jaermal Walls*  
Signature  
Jaermal Walls  
1730  
+1 (954) 947-1369  
1530 sw 109th ave , 108, Pembroke Pines , FL 33025

