# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**MARCIA GILES, grandmother and legal guardian of Z.A., a minor,**

*Plaintiff*

v.

**SCHOOL BOARD OF PALM BEACH COUNTY, SCHOOL DISTRICT OF PALM BEACH COUNTY, LOXAHATCHEE GROVES ELEMENTARY SCHOOL, MICHAEL J. BURKE, Superintend. et. al.**

*Defendant*

Civil Action No. 9:25-cv-80477-DMM

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on April 30, 2025, at 9:25 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to SCHOOL DISTRICT OF PALM BEACH COUNTY in Palm Beach County, FL on May 1, 2025 at 10:15 am at 3300 Forest Hill Boulevard, West Palm Beach, FL 33406 by leaving the following documents with Lesline Alexander who as Paralegal is authorized by appointment or by law to receive service of process for SCHOOL DISTRICT OF PALM BEACH COUNTY.

Complaint
Civil Cover Sheet
Summons

Additional Description:
PUBLIC AGENCY/OFFICER SERVICE: I served Lesline Alexander as Paralegal pursuant to F.S. 48.111(1)(a)

Black or African American Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.64947,-80.0937195
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Broward County  ,   /s/ *Marian Forster*
  FL   on   5/1/2025  .
Signature
Marian Forster
SPS 1448, Broward
+1 (561) 809-3650
PO Box 810691, Boca Raton, FL 33481

